**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA MATTHEW STOCKTON** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00680-KGB-ERE**

**WELLPATH LLC, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 73). Plaintiff Joshua Matthew Stockton has not filed objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. The defendant's motion for summary judgement is granted (Dkt. No. 68). The Court dismisses with prejudice Stockton's claims against Wellpath LLC, Vesta Blanks, Dana Delray Molbert, Maryland Lousie Cosey, Roberta M. Hale,[1] Ethel Jean Morris, Yvonne Alana Saucier, Tabitha McCauley, Tonya M. Curtner, Cymber Nichole Sievers, Tyra Smith, Zonnie Mae Burnell, Lucky E. Abhulimen, Nathan Thomas Daniel, Matthew Keenan, Megan L. Colbert, and Brittney Burks (Dkt. No. 73).

It is so ordered this 23rd day of November, 2026.

Kristine G. Baker
Chief United States District Judge

[1] Although the Recommendation identifies defendant Roberta M. Hall (*see* Dkt. No. 73), the Court understands this reference to be to named defendant Roberta M. Hale (*see* Dkt. No. 70).